STATE OF MAINE
CUMBERLAND, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO.: CV-97-438

REC - CUM - 5/16/2000

TIMOTHY G. FARR, et al.,              )
                                      )
        Plaintiff                     )
                                      )
        v.                            )      PROPOSED ORDER
                                      )
STATE OF MAINE,                       )
                                      )
        Defendant                     )
                                      )

This matter is before the Court on the Defendant State of Maine's Motion to

Dismiss, pursuant to Rules 12(b)(1) and 12(b)(6) of the Maine Rules of Civil Procedure

on the grounds that the United States Supreme Court's holding in *Alden v. State, 527* U.S.

706, (1999) mandates dismissal. In *Alden*, the United States Supreme Court held that the

sovereign immunity of the state bars private suits against Maine under the Fair Labor

Standards Act, 29 U.S.C. § 201 *et. seq.* This lawsuit is identical to the *Alden* lawsuit. By

Order of this Court dated October 23, 1998, this matter was stayed pending the outcome

in *Alden*. The holding in *Alden* is dispositive of the issues presented here and requires

dismissal of this action in its entirety.

It is hereby Ordered and Adjudged that the Defendant State of Maine's Motion to

Dismiss is hereby GRANTED. Plaintiffs' action is hereby DISMISSED.

Dated: *May 17, 2000*

_____
Justice, Superior Court

Date Filed _07-14-97_  CUMBERLAND  Docket No. _CV-97-438_
County

Action _DAMAGES_

TIMOTHY G. FARR, individually and
on behalf of others similarly situated

STATE OF MAINE

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| JOHN R. LEMIEUX, ESQ. | PETER J. BRANN AAG. 626-8800 |
| 789 MAIN STREET | 6 STATE HOUSE STA., AUGUSTA ME 04333-0006 |
| P.O. BOX 68 | |
| READFIELD, MAINE 04355 | |
| 685-3221 | |

| Date of Entry | |
|---|---|
| 1997 July 15 | Received |